Slip Op 00 - 96

# UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                                :
CAMARGO CORREA METAIS, S.A.,                    :
                                                :
                        Plaintiff,              :
                                                :
            v.                                  :
                                                :
THE UNITED STATES,                              :
                                                :
                        Defendant,              :     **Before:  MUSGRAVE, JUDGE**
                                                :
                                                :     Consol. Court No. 91-09-00641
            and                                 :
                                                :
AMERICAN ALLOYS, INC., GLOBE                    :
METALLURGICAL, INC., AMERICAN                   :
SILICON TECHNOLOGIES (formerly SILICON          :
METALTECH, INC.), and SIMETCO, INC.,            :
                                                :
                        Defendant-Intervenors.  :
_____:

## ORDER

Upon consideration of the request of Defendant-Intervenors, Defendant's response, and all other papers and proceedings had herein, it is hereby

**ORDERED** that the matter is remanded to the Department of Commerce for proceedings consistent with the decision of the Court of Appeals for the Federal Circuit in *Camargo Correa Metais, S.A. v. United States*, 200 F.3d 771 (Fed. Cir. 1999), and it is further

**ORDERED** that the Department of Commerce shall have 90 days from the date hereof to file such remand results.

_____
                    R. KENTON MUSGRAVE, JUDGE

Dated:  August 4, 2000
            New York, NY